# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 15, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152758(35)

COVENANT MEDICAL CENTER, INC.,
      Plaintiff-Appellee,

v

SC: 152758
COA: 322108
Saginaw CC: 2013-020416-NF

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,
      Defendant-Appellant.
_____/

      On order of the Chief Justice, the motion of the Insurance Institute of Michigan to participate as amicus curiae and file an amicus brief in support of the application for leave to appeal is GRANTED. An amicus brief will be accepted for filing if submitted on or before April 26, 2016.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 15, 2016

